Certificate Number: 12433-NJ-DE-039356073

Bankruptcy Case Number: 17-29060



12433-NJ-DE-039356073

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 19, 2025</u>, at <u>2:38</u> o'clock <u>PM EST</u>, <u>Patricia L. Ryland</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>February 19, 2025</u>          By: <u>/s/Lisa Susoev</u>

Name: <u>Lisa Susoev</u>

Title: <u>Teacher</u>